NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HYPOXICO INC.,**
*Plaintiff-Appellant*

**v.**

**COLORADO ALTITUDE TRAINING LLC,**
*Defendant-Appellee*

---

2014-1544

---

Appeal from the United States District Court for the Southern District of New York in No. 1:02-cv-06191-TPG, Senior Judge Thomas P. Griesa.

---

**JUDGMENT**

---

ROGER THOMPSON, The Law Offices of Roger S. Thompson, New York, NY, argued for plaintiff-appellant.

CHARLES DAVISON HOFFMANN, Hoffmann Marshall Strong LLP, New York, NY, argued for defendant-appellee. Also represented by CHRISTOPHER MATTHEW STRONG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* REYNA and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 18, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court